THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RUDOLPH YOUNG, Appellant.

Submitted August 29, 2005; decided September 13, 2005

Motion for assignment of counsel granted and Gary Muldoon, Esq., care of Muldoon & Getz, 144 Exchange Boulevard, Suite 108, Rochester, New York 14614 assigned as counsel to the appellant on the appeal herein.

ELI RAITPORT, Appellant, v MICHAEL SAMUEL et al., Respondents.

Submitted August 29, 2005; decided September 13, 2005

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that it does not lie (*see* NY Const, art VI, § 3 [b]; CPLR 5601).

In the Matter of CHAUN VALENTINE, Appellant, v GLENN S. GOORD, as Commissioner of Correctional Services, Respondent.

Submitted July 5, 2005; decided September 13, 2005

Motion for leave to appeal dismissed as untimely (*see* CPLR 5513 [b]).